# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WENDY CAROLINA MONTES ZUNIGA<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Respondents. | Case No.:  26cv0918 DMS SBC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

This case is currently pending before the Court.  On May 22, 2026, Respondents filed an ex parte motion to vacate the restriction on Petitioner's transfer because Petitioner's removal was scheduled to occur in the following six days.  Petitioner filed an opposition to that motion arguing Respondents failed to address the merits of Petitioner's claims and the Court should therefore grant the Petition and order Petitioner's release.

It appears Petitioner has filed a motion to reopen her removal proceedings in immigration court.  *See* https://acis.eoir.justice.gov/en/caseInformation.  The Court

/ / /

/ / /

/ / /

1

26cv0918 DMS SBC

requests supplemental briefing from the parties on the status of that motion, and how it affects the finality of Petitioner's removal order, if at all.  The parties shall file their supplemental briefs on or before **June 8, 2026**.

     **IT IS SO ORDERED**.

Dated:  June 1, 2026

 

_____
Hon. Dana M. Sabraw
United States District Judge

26cv0918 DMS SBC